**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                )<br>                    Plaintiff,         )<br>                                                )<br>      v.                                      )<br>                                                )<br>Fidel Jauregui,                         )<br>                                                )<br>                    Defendant.     )<br>_____) | No.  08-6001M<br><br>**DETENTION ORDER** |

On January 11, 2008, defendant, Fidel Jauregui, appeared before this Court on a petition for revocation of supervised release.  The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

Although it is to Defendant's credit that he self-surrendered, this lone action cannot overcome the negative implications of Defendant's alleged failure to reside at Recovery Homes as directed and to maintain contact with the Probation Officer after he had left Recovery Homes.  Indeed, the Government's proffer that Defendant refused to reveal his current location when the Probation Officer asked during a telephone call is particularly troublesome. Defendant demonstrated a track record of doing as he pleases, even when those actions were contrary to Court imposed conditions of supervision.  This track record leaves this Court with little reason to trust him to abide by conditions of release pending his Admit/Deny hearing.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 11th day of January, 2008.

_____
David K. Duncan
United States Magistrate Judge